NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEMETRIUS SKELTON,                )
                                  )
            Appellant,            )
                                  )
v.                                )        Case No. 2D17-3970
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Nancy Moate Ley,
Judge.


PER CURIAM.

        Affirmed.  See Knight v. State, 808 So. 2d 210 (Fla. 2002); State v.

Cotton, 769 So. 2d 345 (Fla. 2000); State v. Roby, 246 So. 2d 566 (Fla. 1971); Skelton

v. State, 186 So. 3d 1034 (Fla. 2d DCA 2016) (table decision); Franke v. State, 997 So.

2d 424 (Fla. 2d DCA 2008); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006);

Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Hillman v. State, 410 So. 2d

180 (Fla. 2d DCA 1982); Brown v. State, 97 So. 3d 960 (Fla. 4th DCA 2012); State v.

Retalic, 902 So. 2d 315 (Fla. 5th DCA 2005); Lopez v. State, 833 So. 2d 283 (Fla. 5th

DCA 2002); State v. Smith, 832 So. 2d 249 (Fla. 5th DCA 2002); Freeny v. State, 621

So. 2d 505 (Fla. 5th DCA 1993).


NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.